UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY WARREN,<br><br>                    Plaintiff,<br><br>         -against-<br><br>ARS ACCOUNT RESOLUTION,<br><br>                    Defendant. | 1:22-CV-2963 (UA)<br><br>ORDER GRANTING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:  May 9, 2022
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                  Chief United States District Judge