UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

Gregory Warren,

              Plaintiff,

   -against-                            STIPULATION OF DISMISSAL

                                                         22-CV-2963

ARS Account Resolution,

              Defendant.
---------------------------------x

       WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ARS ACCOUNT RESOLUTION, with prejudice, and without costs to any party.

                                                         ARS ACCOUNT RESOLUTION

_____              _____
GREGORY WARREN                              ARTHUR SANDERS, ESQ.

                                                         Barron & Newburger, P.C.

1530 Story Avenue  #509          30 South Main Street

Bronx, NY  10473                 New City, NY 10956

Plaintiff Pro Se                 Attorney for defendant